**AEGIS LAW FIRM, PC**
KASHIF HAQUE, State Bar No. 218672
ALI S. CARLSEN, State Bar No. 289964
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251
khaque@aegislawfirm.com
acarlsen@aegislawfirm.com

Attorneys for Plaintiff,
LUIS ORTIZ

CHRISTOPHER J. BOMAN, SBN 198798
Email: cboman@laborlawyers.com
LIZBETH OCHOA, SBN 219985
Email: lochoa@laborlawyers.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant,
EXEL INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LUIS ORTIZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EXEL INC., a Massachusetts corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO. 5:16-CV-00191-PA-DTB<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

**ORDER**

The Court, having considered Luis Ortiz's and Exel Inc.'s (the "Parties") stipulation to for dismissal with prejudice of all claims brought by Plaintiff Luis Ortiz, hereby ORDERS the case dismissed with prejudice, effective October 3, 2016.

All hearings on calendar, if any, are hereby advanced to this date and vacated.

**IT IS SO ORDERED.**

Dated: October 3, 2016

_____
Hon. Percy Anderson
District Court Judge